No. 78–579.  REUSS, MEMBER OF HOUSE OF REPRESENTATIVES *v.* BALLES ET AL.  C. A. D. C. Cir.  Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 78–510.  WISCONSIN DEPARTMENT OF REVENUE *v.* MIDWESTERN GAS TRANSMISSION CO.  Sup. Ct. Wis.  Certiorari denied.  MR. JUSTICE STEWART, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would grant certiorari.

No. 78–540.  NEW YORK TIMES CO. ET AL. *v.* NEW JERSEY ET AL.  Sup. Ct. N. J.  Motion of American Newspaper Publishers Assn. for leave to file a brief as *amicus curiae* granted. Certiorari denied.  MR. JUSTICE BRENNAN took no part in the consideration or decision of this motion and petition.

No. 77–1288.  QUAGLINO *v.* CALIFORNIA, *ante,* p. 875;

No. 77–1432.  KILRAIN ET AL. *v.* UNITED STATES, *ante,* p. 819;

No. 77–1523.  MILLER *v.* UNITED STATES, *ante,* p. 821;

No. 77–1586.  KEECH ET AL. *v.* UNITED STATES ET AL., *ante,* p. 822;

No. 77–1600.  GILLRING OIL CO. *v.* FEDERAL ENERGY REGULATORY COMMISSION, *ante,* p. 823;

No. 77–1631.  RIDGILL ET UX. *v.* RESTON HOMEOWNERS ASSN., *ante,* p. 805;

No. 77–1643.  HOULTIN *v.* UNITED STATES, *ante,* p. 826;

No. 77–1655.  HOWELL *v.* THOMAS, SHERIFF, *ante,* p. 826;

No. 77–1661.  MARCH ET UX. *v.* ALLIS-CHALMERS CORP. ET AL., *ante,* p. 826; and

No. 77–1689.  LITTON SYSTEMS, INC. *v.* UNITED STATES, *ante,* p. 828.  Petitions for rehearing denied.